UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LAWRENCE RAY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:17-cv-00963 |
|  | ) CHIEF JUDGE CRENSHAW |
| DAVIDSON COUNTY SHERIFF'S OFFICE, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the Court grant (1) James Beachboard and the Davidson County Sheriff's Office's Motion to Dismiss (Doc. No. 40); and (2) ABL Food Service and Benji Ayang's Motion for Summary Judgment (Doc. No. 42). (Doc. No. 46.) Further, the Magistrate Judge recommends dismissing the action with prejudice. (Id.) No objections have been filed to the Magistrate Judge's Report and Recommendation. After a de novo review of the record, the Court agrees that the Defendants' respective motions should be granted, and the action dismissed with prejudice, and therefore the Report and Recommendation (Doc. No. 46) is **ADOPTED**.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 40) and Motion for Summary Judgment (Doc. No. 42) are **GRANTED**. The instant action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE